## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ANTHONY J. ROMERO,                  )
                                    )
          Plaintiff,                )
                                    )
v.                                  )          No. CIV-24-1233-R
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
          Defendants.               )

## <u>ORDER</u>

On December 30, 2024, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that the Court dismiss Plaintiff Anthony J. Romero's claim against Defendant FCI-El Reno with prejudice as an improperly named party, as well as his emergency call-button claim without prejudice to re-filing for lack of subject matter jurisdiction [Doc. No. 9 at p. 8].

Judge Mitchell informed Plaintiff of his right to file objections to the Report and Recommendation, instructed him that such objections were due by January 21, 2025, and advised that a failure to object "waives the right to appellate review of both factual and legal questions contained herein." *Id.*

To date, neither an objection nor a request for extension of time to object to the Report and Recommendation has been filed. With no objections being filed within the time prescribed, on *de novo* review, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's claim against FCI-El Reno is DISMISSED with prejudice, and Plaintiff's emergency call-button claim is DISMISSED without prejudice.

1

IT IS SO ORDERED this 5th day of February, 2025.


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE